UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LLOYD J. BOYD,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>　　　　　　Defendant. | CASE NO.　　C08-5514KLS<br><br>ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

　　Plaintiff's application to proceed *in forma pauperis* (Dkt. #1 and #3) is **GRANTED**. Plaintiff does not appear to have funds available to afford the $350.00 filing fee.

　　The clerk is directed to send copies of this Order to counsel of record and to issue the Summonses.

　　DATED this 26th day of September, 2008.

　　　　　　　　　　　　　　　　　　_/s/ Karen L. Strombom_
　　　　　　　　　　　　　　　　　　Karen L. Strombom
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER
Page - 1