# United States District Court

WESTERN DISTRICT OF WASHINGTON

LLOYD J. BOYND,

        Plaintiff,

        v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5514KLS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Court finds the ALJ improperly determined plaintiff was not disabled. The ALJ's decision is REVERSED and REMANDED to the Commissioner for further administrative proceedings.

    May 20, 2009                                    BRUCE RIFKIN
                                                                                                        Clerk

                                                                                 s/ *Traci Whiteley*
                                                                         By Traci Whiteley, Deputy Clerk